ACCEPTED
03-14-00371-CR
5288659
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/14/2015 2:57:44 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00371-CR

| | | |
|---|---|---|
| JIM JACK THOMPSON | § | IN THE COURT OF APPEALS |
| | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| v. | § | THIRD DISTRICT |
| | § | 5/14/2015 2:57:44 PM |
| | § | JEFFREY D. KYLE |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/14/2015 2:57:44 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES THE STATE OF TEXAS, Appellee, by and through her Assistant District Attorney, John C. Prezas, and moves the Court, pursuant to Texas Rule of Appellate Procedure 38.6(d), to extend the deadline for filing the State's brief. In support of its motion, the State would show the Court the following:

1. The State's Brief in this case is due on May 15, 2015.

2. No previous extensions of time have been requested by the State or granted by this Court.

3. Appellant's brief was filed in this Court on April 14, 2015.

4. Mr. Prezas filed a State's brief in 03-13-00794-CR, *State v. Yazdi*, on April 21, 2015. Mr. Prezas recently filed the State's answer in *Ex Parte Rolando Bacon Lopez*, 10-1053-K368A, a habeas corpus proceeding. Mr. Prezas has also recently filed proposed findings of fact and conclusions of law in the following habeas corpus proceedings: *Ex Parte Robert Jesse Padilla*, 06-937-K368A; *Ex Parte Robert Jesse Padilla,* 06-921-K368A; *Ex Parte Daniel Robert Lock*, 94-085-

1

K277A; *Ex Parte Daniel Robert Lock* 97-780-K277A

5. Mr. Prezas anticipates filing a State's brief on or before May 29, 2015, in response to the Court of Criminal Appeals granting the State's petition for discretionary review in *John Alan Wachtendorf,* PD-0280-15.

6. Further, Mr. Prezas is also responsible for the State's brief that will be due in *State vs. Rex Allen Nisbett*, 03-14-00402-CR on June 8, 2015.

7. Mr. Prezas has spoken with Defendant's appellate counsel, Mr. Ray Bass, prior to making this request. Mr. Bass has indicated he did not object to Mr. Prezas seeking an extension of the time in which to file the State's brief in this cause.

8. For the foregoing reasons, The State respectfully requests that the deadline for filing its brief in the above stated cause be extended for an additional sixty (60) days from the current due date of May 15, 2015, to July 14, 2015.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court grant its motion for an extension of time and extend the State's deadline to file its brief to July 14, 2015.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas

 /s/ John C. Prezas
John C. Prezas
Assistant District Attorney
State Bar Number 24041722
405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
jprezas@wilco.org

Certificate of Service

This is to certify that on May 14, 2015, a copy of the foregoing motion has been sent to Appellant's attorney of record, Ray Bass, 120 W. 8th street, Georgetown, TX 78626, by eservice at ray@raybass.com.

/s/ John C. Prezas
John C. Prezas

3